UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CEDRIC R. JOYCE,

       Plaintiff,                Case No. 2:20-cv-159

v.                                    Honorable Paul L. Maloney

UNKNOWN LIBBY et al.,

       Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 13, 2020                   /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge